## INGHAM vs. GRAVES.

On a motion for judgment as in case of nonsuit, the defendant's papers containing 39 folios, the clerk was directed to tax only 4 folios.

April 23.     THIS was a motion for judgment as in case of nonsuit. The defendant shewed himself entitled to the motion; but the papers on which he moved, being very voluminous, containing 39 folios, the CHIEF JUSTICE directed that only 4 folios should be allowed to him in the taxation of his costs.